**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ERNESTO EUGENIO HERNANDEZ AGUORO,

      *Petitioner*,

v.                                                          Case No. 3:26-cv-1232-WWB-PDB

WARDEN, NORTH FLORIDA DETENTION
CENTER, et al.,

      *Respondents*.

_____

**<u>ORDER</u>**

Petitioner, an immigration detainee at the North Florida Detention Center, initiated this action by filing a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Petitioner, a citizen and native of Cuba, contends that his removal order became final on July 21, 2025. (*Id.* at 5). Immigration and Customs Enforcement ("**ICE**") detained Petitioner on September 25, 2025, to execute his removal, but its attempts have been unsuccessful. (*Id.* at 5, 8). He asserts that he remains in ICE custody and his prolonged detention has violated his rights seemingly under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and there is no significant likelihood of his removal in the foreseeable future. (*Id.* at 6–7). Federal Respondents filed a Response (Doc. 7) advising the Court that they do not oppose Petitioner's request for release. As such, based on Federal Respondents' concession, Petitioner's *Zadvydas* claim is granted.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1.  The Petition (Doc. 1) is **GRANTED** to the extent stated herein.

2. Respondents shall release Petitioner, subject to supervision pursuant to 8 U.S.C. § 1231(a)(3), **within 24 hours** of this Order.   Upon release, Respondents shall provide Petitioner with access to a telephone to arrange transportation from the detention facility.

3. Respondent Warden's Motion to Dismiss (Doc. 6) is **DENIED**.

4. The Clerk shall enter judgment granting the Petition, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 27, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c.   Ernesto Eugenio Hernandez Aguoro, A073770793
      counsel of record

2